HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MICHELLE JEAN KELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00142-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING EARLY TERMINATION OF SUPERVISION** |
| MICHELLE JEAN KELLER, | **(ECF No. 4)** |
| Defendant. | Hon. John A. Mendez |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** Ms. Keller for the reasons set forth in her unopposed Motion.

Dated: April 25, 2025         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE